# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-1245

In re: Target Corporation Customer Data Security Breach Litigation

------------------------------

Jim Sciaroni

Appellant

v.

Consumer Plaintiffs and Target Corporation

Appellees

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:14-md-02522-PAM)
_____

**ORDER**

Appellant Sciaroni's motion to stay the bond order has been considered by the court, and the motion is denied. Appellant Olson's motion to vacate a portion of the bond order is denied. Appellant Olson's motion to spread Appellant Sciaroni's stay motion to all of the appeals is denied.

Appellant Olson's motion to stay the briefing schedule is also denied.

March 28, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans